JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CASEY JAY SULLIVAN, | Case No. CV 24-7989-MWF(MARx) |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT STIPULATION TO DISMISS |
| v. | |
| VOLKSWAGON GROUP OF AMERICA, INC., et al., | |
| Defendants. | |

The Court has considered the parties' Joint Stipulation to Dismiss (the "Stipulation"). (Docket No. 18). For good cause shown, the Stipulation is GRANTED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED. The Court shall retain jurisdiction over the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: August 11, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge